**Terry Lee PAPENFUS, Plaintiff–Appellant,**

v.

**OREGON DEPARTMENT OF CORRECTIONS; et al., Defendants–Appellees.**

No. 06–35920.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 3, 2007.*

Filed Dec. 10, 2007.

Terry Lee Papenfus, Ontario, OR, pro se.

Leonard W. Williamson, Esq., Office of the Oregon Attorney General, Salem, OR, for Defendants–Appellees.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Terry Lee Papenfus, an Oregon state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging inadequate medical treatment. We have jurisdiction under 28 U.S.C. § 1291. Reviewing de novo, *see*

*Morrison v. Hall,* 261 F.3d 896, 900 (9th Cir.2001), we affirm.

The district court properly granted summary judgment because Papenfus failed to raise a genuine issue of material fact as to whether defendants were deliberately indifferent to his back condition. *See Jackson v. McIntosh,* 90 F.3d 330, 332 (9th Cir.1996) (explaining that a difference in opinion regarding the appropriate course of treatment does not amount to deliberate indifference to medical needs).

Papenfus's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

